BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
BRIAN W. ENOS
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00256-LJO |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| RICHARD UPSHAW, | |
| Defendant. | |

Based on the plea agreement entered between Plaintiff United States of America and defendant Richard Upshaw, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 USC § 492, 18 USC § 982(a)(2)(B), 18 USC § 1029(c)(1)(C), and 28 U.S.C. §2461 defendant Richard Upshaw's interest in the following property shall be condemned and forfeited to the United States, to be disposed of according to law:

   a. Apple desktop (SN: XB136LVKSK);

   b. Apple laptop with Toshiba hard drive (SN: 524LCHGLT);

   c. USB thumb drive (FCC ID: C3K-1447-C);

   d. AT&T cell phone (SN: 206CYTB521057);

   e. Motorola Boost Mobile cell phone (SN: 364VLYPKQ3);

   f. AT&T cell phone (SN: D03018452);

      g. Apple Cell Phone (SN: C7DK4CA7DP0V);

      h. Cricket cell phone (SN: 2684435459508930500);

      i. T-Mobile cell phone (SN: 010KPAE033160);

      j. AT&T cell phone (SN:904KPSL056478);

      k. Cricket cell phone (ME ID: A000004113D78B);

      l. AT&T cell phone (SN: L6X7NB9352720494);

      m. Barracuda hard drive (SN: 4LJ1J8N9);

      n. Hitachi hard drive (SN: X7FB7K5A);

      o. Western Digital hard drive (SN: WM411);

      p. Hitachi hard drive (SN: RT0985VA);

      q. Maxtor hard drive (SN: 25B6201H10W2E4);

      r. Toshiba hard drive (SN: X2HZT3Q0T);

      s. Toshiba hard drive (SN: 8158P02WT);

      t. Computer Tower (Misc ID: C3CB279-01157-60-MBL9U0-B07);

      u. HP Compaq desktop computer (SN: USV31502F0);

      v. Acer Laptop computer (SN:32908177534);

      w. Samsung Tablet computer (SN: RF2D60T7L6M);

      x. Apple laptop computer (SN: W8718GM1YA3);

      y. Apple laptop computer (SN: CPWHP7KYDTY3);

      z. Sony Memory Stick 64MB (No other identifying information); and

      aa. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, for which the defendant is convicted.

    2. The above-listed assets represent any property real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of violations of 18 U.S.C. §§ 472 and 1029 or property derived from proceeds obtained directly or indirectly as a result of said violations.

    3. Pursuant to Rule 32.2(b), the Attorney General (or designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held

by the United States Secret Service in their secure custody and control.

4. a. Pursuant to 18 USC § 982(a)(2)(B) and 28 U.S.C. §2461, incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the Order of Forfeiture. Notice of this Order and notice of the Attorney General's (or designee's) intent to dispose of the property in such a manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct notice, whichever is earlier.

5. If a petition is filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 USC § 492, 18 USC § 982(a)(2)(B), 18 USC § 1029(c)(1)(C), and 28 U.S.C. §2461, in which all interests will be addressed.

IT IS SO ORDERED.

   Dated:   **May 2, 2016**            /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE