Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
RICHARD UPSHAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 14-cr-00256 LJO |
|---|---|
| Plaintiff, | ORDER FOR TRANSPORT TO DELANCEY STREET FOR RICHARD UPSHAW |
| v. | |
| RICHARD UPSHAW | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Richard Upshaw (Fresno County Jail ID 7042718) shall be released to investigator Robert Gonzalez from the Fresno County Jail on Wednesday, May 11, 2016, at 8:00 a.m.  Investigator Robert Gonzalez will then transport Richard Upshaw directly to the Delancey Street program located at 600 Embarcadero in San Francisco for an intake interview.  If accepted, Richard Upshaw will stay at Delancey Street and abide by all rules of the program.  If not accepted, investigator Robert Gonzalez will immediately and directly return Richard Upshaw to the Fresno County Jail by no later than 10:00 p.m. on May 11, 2016. At no time is Mr. Upshaw to be left alone during the transportation. During this time of transportation, and if left because accepted at Delancey Street, all standard terms and conditions of release will be in place.

IT IS SO ORDERED.

Dated:  **May 9, 2016**            /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE