PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD UPSHAW, and<br>CHRISTOPHER COX,<br><br>Defendants. | No. 1:14-CR-00256-LJO-SKO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on August 19, 2015 and May 2, 2016, the Court entered Preliminary Orders of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Christopher Cox and Richard Upshaw in the following property:

  a. Apple desktop (SN: XB136LVKSK);

  b. Apple laptop with Toshiba hard drive (SN: 524LCHGLT);

  c. USB thumb drive (FCC ID: C3K-1447-C);

  d. AT&T cell phone (SN: 206CYTB521057);

  e. Motorola Boost Mobile cell phone (SN: 364VLYPKQ3);

  f. AT&T cell phone (SN: D03018452);

  g. Apple Cell Phone (SN: C7DK4CA7DP0V);

  h. Cricket cell phone (SN: 2684435459508930500);

  i. T-Mobile cell phone (SN: 010KPAE033160);

    j. AT&T cell phone (SN:904KPSL056478);

    k. Cricket cell phone (ME ID: A000004113D78B);

    l. AT&T cell phone (SN: L6X7NB9352720494);

    m. Barracuda hard drive (SN: 4LJ1J8N9);

    n. Hitachi hard drive (SN: X7FB7K5A);

    o. Western Digital hard drive (SN: WM411);

    p. Hitachi hard drive (SN: RT0985VA);

    q. Maxtor hard drive (SN: 25B6201H10W2E4);

    r. Toshiba hard drive (SN: X2HZT3Q0T);

    s. Toshiba hard drive (SN: 8158P02WT);

    t. Computer Tower (Misc ID: C3CB279-01157-60-MBL9U0-B07);

    u. HP Compaq desktop computer (SN: USV31502F0);

    v. Acer Laptop computer (SN:32908177534);

    w. Samsung Tablet computer (SN: RF2D60T7L6M);

    x. Apple laptop computer (SN: W8718GM1YA3);

    y. Apple laptop computer (SN: CPWHP7KYDTY3); and,

    z. Sony Memory Stick 64MB (No other identifying information).

  AND WHEREAS, beginning on August 23, 2015 and again on July 15, 2016, for at least 30 consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 492,

1 | 982(a)(2)(B), 1029(c)(1)(C), and 28 U.S.C. § 2461(c), to be disposed of according to law,
2 | including all right, title, and interest of Christopher Cox and Richard Upshaw.
3 |     2.    All right, title, and interest in the above-listed property shall vest solely in the
4 | name of the United States of America.
5 |     3.    The United States Secret Service shall maintain custody of and control over the
6 | subject property until it is disposed of according to law.

IT IS SO ORDERED.

   Dated:  **January 3, 2017**          /s/ Lawrence J. O'Neill
                                                     UNITED STATES CHIEF DISTRICT JUDGE