PHILLIP A. TALBERT
Acting United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00256-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR RECONDISERATION UNDER 18 U.S.C. § 3582(c)(1)(A); [PROPOSED] ORDER |
| v. | |
| RICHARD UPSHAW, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a second motion for compassionate release on May 6, 2021. Docket No. 143.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before May 27, 2021;

b) The defendant's reply to the government's response to be filed on or before June 3, 2021.

IT IS SO STIPULATED.

Dated: May 17, 2021                    PHILLIP A. TALBERT
                                       Acting United States Attorney


                                       /s/ BRIAN W. ENOS
                                       BRIAN W. ENOS
                                       Assistant United States Attorney


Dated: May 17, 2021                    /s/ ALEKXIA TORRES STALLINGS
                                       ALEKXIA TORRES STALLINGS
                                       Counsel for Defendant
                                       RICHARD UPSHAW

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 143, is due on or before May 27, 2021;

b) The defendant's reply to the government's response, if any, is due on June 3, 2021.

IT IS SO ORDERED.

Dated: **May 19, 2021**

UNITED STATES DISTRICT JUDGE