| | |
|---|---|
| TORRES \| TORRES STALLINGS AND ASSOCIATES<br>ALEKXIA TORRES STALLINGS, 296418<br>1318 K Street<br>Bakersfield, CA 93301<br>Tel: (661) 326-0857<br>Email: lextorres@lawtorres.com<br><br>Attorney for:<br>RICHARD UPSHAW | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>RICHARD UPSHAW,<br><br>Defendants. | Case No. 1:14-cr-00256-001 -LJO<br><br>STIPULATION AND PROPOSED ORDER FOR BRIEFING SCHEDULE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RICHARD UPSHAW, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for Compassionate Release. Mrs. Torres Stallings had a family emergency and is requesting new dates. We are requesting a new deadline by which Mr. Upshaw must file his response – specifically from Friday, June 4, 2021 to Monday, June 7, 2021. Counsel for Mr. Upshaw contacted counsel for the government regarding this issue and the government agrees to this extension without reservation.

**IT IS SO STIPULATED.**

DATED: June 3, 2021

Respectfully Submitted,
*/s/ Alekxia Torres Stallings*

1

|   |   |   |
|---|---|---|
| 1 | | ALEKXIA TORRES STALLINGS |
| 2 | | Attorney for Defendant |
|   | | RICHARD UPSHAW |
| 3 | | |
| 4 | DATED: June 3, 2021 | */s/Brian Enos*_____ |
| 5 | | BRIAN ENOS |
|   | | Assistant U.S. Attorney |

## **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Rely (if any) is **Due June 7, 2021**

IT IS SO ORDERED.

Dated:   **June 8, 2021**          _____
                                    UNITED STATES DISTRICT JUDGE