**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
RICHARD UPSHAW

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RICHARD UPSHAW,<br><br>　　　　Defendant | ) Case No.: 1:14-cr-00256-NONE-SKO<br>)<br>) **ORDER GRANTING REQUEST TO**<br>) **WITHDRAW AS ATTORNEY OF**<br>) **RECORD**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Richard Upshaw, by and through his attorney of record, Alekxia Torres Stallings hereby requesting to withdraw as attorney of record.

**IT IS SO STIPULATED.**

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

DATED: 11/12/2021　　　　　　　　　　　　　*/s/ Alekxia Torres Stallings*
　　　　　　　　　　　　　　　　　　　　　　　　ALEKXIA TORRES STALLINGS
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　Ricard Upshaw

Stipulation and Proposed Order to Withdraw as Attorney of Record

1

**ORDER**

IT IS SO ORDERED.

Dated:   **November 12, 2021**   _____
UNITED STATES DISTRICT JUDGE